THE STATE OF OHIO, APPELLEE, *v.* SIMONES, APPELLANT.

[Cite as State v. Simones (1972), 30 Ohio St. 2d 100.]

(No. 71-576—Decided May 10, 1972.)

*Mr. B. Edward Roberts*, prosecuting attorney, for appellee.

*Mr. Robert E. Wilson,* for appellant.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reasons stated in the opinion of that court (27 Ohio App. 2d 9).

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, STERN, LEACH and BROWN, JJ., concur.